**No. 25-6436**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**In re: Google Play Store Simulated Casino-Style Games Litigation**

**In re: Facebook Simulated Casino-Style Games Litigation**

On Petition for Permission to Appeal from the
United States District Court for the Northern District of California
Nos. 5:21-md-03001 and 5:21-cv-02777
Hon. Edward J. Davila

Plaintiffs-Respondents' Unopposed Motion for Extension of Time to File
Answer and/or Cross-Petition

Rafey S. Balabanian
Todd Logan
EDELSON PC
150 California St, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson
Alexander G. Tievsky
EDELSON PC
350 N LaSalle St, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378
atievsky@edelson.com

*Counsel for Plaintiffs-Respondents*

Plaintiffs-Respondents respectfully move for a 7-day extension of time, to and including October 30, 2025, to file an answer and/or cross-petition. In support of their motion, they state as follows:

1.     On October 10, 2025, Defendants-Petitioners Meta Platforms, Inc., Google LLC, and Google Payment Corp. filed a petition for permission to appeal the district court's order in these two related matters. The same district court order was also entered in a related case against Apple Inc., which filed a separate petition for interlocutory review in case No. 25-6437. The plaintiffs in all three cases are represented by the same counsel on appeal.

2.     Federal Rule of Appellate Procedure 5(b)(2) requires an answer or cross-petition to be filed within 10 days after service of a petition for a permissive appeal. Because the petitions were served on paper, three days are added per Federal Rule of Appellate Procedure 26(c). Therefore, answers to both petitions were first due, and are presently due, on October 23, 2025.

3.     Good cause exists to extend the deadline. *See* Fed. R. App. P. 26(b). For the sake of efficiency, Plaintiffs in the two appeals will endeavor to file a single, concise brief rather than two separate ones.

1

However, responding to two petitions in a concise manner requires more time than responding to only one. In addition, the time period for briefing the appeal includes both a federal holiday and several religious holidays.

4.    An extension of 7 days—to and including October 30, 2025—is therefore warranted to permit counsel to prepare an answer and/or cross-petition that presents the issues concisely and accurately.

5.    Plaintiffs-Respondents have exercised diligence and will file their brief within the time they are requesting. No transcripts have yet been designated, and the court reporter is therefore not in default.

6.    Counsel for Meta and the Google entities indicated that they do not oppose this motion.

**WHEREFORE**, Plaintiffs-Respondents respectfully request that the Court enter an order extending the time to file an answer and/or cross-petition in this matter to October 30, 2025.


Dated October 15, 2025                Respectfully Submitted,

                                      By: s/ Alexander G. Tievsky
                                          *One of Plaintiffs-Respondents'*
                                          *Attorneys*

Rafey S. Balabanian
Todd Logan
EDELSON PC
150 California St, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson
Alexander G. Tievsky
EDELSON PC
350 N LaSalle St, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378
atievsky@edelson.com

*Counsel for Plaintiffs-Respondents*

No. 25-6436

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**In re: Google Play Store Simulated Casino-Style Games Litigation**

**In re: Facebook Simulated Casino-Style Games Litigation**

On Petition for Permission to Appeal from the
United States District Court for the Northern District of California
Nos. 5:21-md-03001 and 5:21-cv-02777
Hon. Edward J. Davila

Declaration of Alexander G. Tievsky

I, Alexander G. Tievsky, hereby declare and state as follows:

1.     I am a partner at Edelson PC and represent Plaintiffs-Respondents in the above-captioned matter.

2.     The statements in paragraphs 2 through 6 in the preceding motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October 2025 at Chicago, Illinois.

s/ Alexander G. Tievsky