UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE: GOOGLE PLAY STORE SIMULATED CASINO-STYLE GAMES LITIGATION.

──────────────────────────────

IN RE: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION.

──────────────────────────────

KATHLEEN WILKINSON; et al.,

    Plaintiffs - Respondents,

 v.

META PLATFORMS, INC.; et al.,

    Defendants - Petitioners.

No. 25-6436

D.C. Nos.
5:21-md-03001-EJD
5:21-cv-02777-EJD
Northern District of California, San Jose

ORDER

Before: HURWITZ and BRESS, Circuit Judges.

The motion for leave to file a reply in support of the petition (Docket Entry No. 9) is granted. The reply has been filed.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Respondents' conditional cross-petition is denied.

Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d).